WILLIAM BRADLEY AND SON, Plaintiff, *v.* HENRY HUBER COMPANY, Appellant, and PATRICK SULLIVAN, Respondent, Impleaded with Others.

*Bradley & Son* v. *Huber Co.*, 146 App. Div. 630, affirmed.
(Submitted February 5, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 1, 1911, which affirmed a judgment of Special Term dismissing the complaint as to the defendants Patrick Sullivan and the city of New York in an action to foreclose various liens against funds due under a contract for the construction of a school house.

*Donald McLean* and *David Asch* for appellant.

*Jay Noble Emley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, COLLIN, CUDDEBACK and HOGAN, JJ.   Not sitting: MILLER, J.